2

sistance to the Defendant and to this Court.
DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow.
STATE OF MONTANA, Plaintiff, vs. GARRY J. HENRICKS, Defendant.

## DECISION

No. 81-CR-67

The application of the above-named defendant for a review of the sentence of 10 years imposed on June 1, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The original sentence imposed shall be sustained.

The Defendant had a DWI the year before in Helena and repeatedly continued to drive while intoxicated. In the judgment by the sentencing judge, he stated that he had fully considered the gravity of the offense, therefore this Division feels the sentence imposed was justified.

We wish to thank the Defendant, Mr. Henricks, for presenting his own case to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow.
STATE OF MONTANA, Plaintiff, vs. THOMAS P. McGUINN, Defendant.

## DECISION

No. 9218

The application of the above-named defendant for a review of the sentence of 100 years imposed on February 23, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

We must assume the jury verdict was correct, therefore we must agree with the assessment made by Judge Olsen that under the old statute this would be premeditated murder. Under these circumstances the division reverses their previous decision and holds that the original sentence imposed, 100 years, is hereby sustained.

Judge Gary Dissents: I would like to maintain the 50-year reduction based on